IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03498-GPG

JON F. GRAY GINSBERG,

    Plaintiff,

v.

UNITED WATER AND SANITATION SPECIAL DISTRICT/BROMLEY CO.,
EXXONMOBIL DRILLING,
CLIMAX MINE,
SUPERVISOR GARY WILKINSON,
DEFENDERS OF MINERS CREEK/MINERS CREEK ASSOCIATES, MOUNTAINSIDE,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for Appointment of Counsel (ECF No. 3) is denied as premature. This case remains in initial review under D.C.COLO.LCivR 8.1(b). Plaintiff may renew his request for the appointment of counsel if this case survives initial review and is drawn in whole or in part to a presiding judge.

Dated: December 13, 2019